

# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2019

No. 04-17-00640-CR

William Boyd **PORTER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR4455
Honorable Jefferson Moore, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to Late-File Mr. Porter's Petition for Rehearing and Motion Requesting Reconsideration by the En Banc Court is hereby GRANTED.

It is so **ORDERED** on January 16, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

